## ELDER *v.* THE STATE.

*Lumpkin, J.*—The only question presented by the record being whether or not the verdict was warranted by the evidence, and there being sufficient evidence to sustain it, this court is constrained to let it stand, having no power to do otherwise.

              *Judgment affirmed.*

    Argued November 9,—Decided November 16, 1896.

Indictment for murder. Before Judge Hutchins. Oconee superior court. July term, 1896.

B. E. *Thrasher*, for plaintiff in error.

J. M. *Terrell*, attorney-general, and R. B. *Russell*, solicitor-general, contra.

---

## HUDSON *v.* EQUITABLE MORTGAGE COMPANY.

100b  83
d105 498
100b  83
106  247

*Lumpkin, J.*—The plaintiff, by introducing in evidence the note sued upon, established a prima facie right to recover, and the burden of sustaining the plea of usury was upon the defendant. There being no evidence to show that the plaintiff had received, or charged, any usury whatever, or to negative the conclusion that it had not actually parted with the full amount for which the note was given, the court did not err in directing a verdict in the plaintiff's favor.     *Judgment affirmed.*

    Argued November 16,—Decided November 23, 1896.

Complaint on note. Before Judge Fish. Sumter superior court. November term, 1895.

*Allen Fort* and J. F. *Watson*, for plaintiff in error.

*Payne & Tye* and E. A. *Hawkins*, contra.